IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEVIN PAUL PENO,<br>　　　　Petitioner | No. 1:19cv2082 |
| v. | (Judge Munley)<br><br>(Magistrate Judge Schwab) |
| MARK GARMAN, SUPT.,<br>　　　　Respondent | |

## ORDER

**AND NOW**, to wit, this 27th day of December 2023, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** as follows:

1) Petitioner Kevin Paul Peno's partial objection (Doc. 47) is **OVERRULED**;

2) The report and recommendation of Magistrate Judge Susan E. Schwab (Doc. 40) is **ADOPTED**;

3) The petition for writ of habeas corpus (Doc. 1) is **DENIED**;

4) No certificate of appealability will be issued; and

5) The Clerk of Court is directed to close this case.

BY THE COURT

s/ Julia K. Munley
JUDGE JULIA K. MUNLEY
United States District Court